**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 26-2574

Khadim Dieng v. Acting Director U.S. Immigration & Customs Enforce, et al

(U.S. District Court No.: 3:26-cv-00258)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 07, 2026
AMR/cc: Khadim Dieng,
Laura S. Irwin, Esq.
Brandy S. Lonchena,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate